# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HEIDI ELIZABETH HANCOCK, : | |
| Petitioner, : | |
| : | CIVIL ACTION NO. 16-0258-WS- |
| vs. : | CRIMINAL NO. 14-0199-WS |
| : | |
| UNITED STATES OF AMERICA, : | |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated February 16, 2018 is **ADOPTED** as the opinion of this Court.

**DONE** this 20th day of March, 2018.

**s/WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**